## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DR. NICHOLAS LAILAS, M.D.

**Plaintiff,**

      \*

      \*

**v.**                      **Case No.** _____

DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, d/b/a DC WATE

      \*

**Defendant.**      \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **DR. NICHOLAS LAILAS, M.D.**
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____                    _____
(name of member)                                        (state of citizenship)

_____                    _____
(name of member)                                        (state of citizenship)

_____                    _____
(name of member)                                        (state of citizenship)

_____                    _____
(name of member)                                        (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

March 6, 2026
_____
Date

/s/ Andrew Levetown
_____
Signature

Andrew Levetown (D.Md. Bar No. 30619)
_____
Printed name and bar number

1439 Woodhurst Blvd., McLean, Virginia 22102
_____
Address

(703) 618-2264
_____
Email address

Andrew@Levetownlaw.com
_____
Telephone number

_____
Fax number