### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JACK MILLER, et al.** | : | |
| Individually and on behalf of all | : | |
| others similarly situated | : | |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | **Civil Action No. 8:26-cv-00989-DKC** |
| | : | |
| **DISTRICT OF COLUMBIA WATER** | : | |
| **AND SEWER AUTHORITY,** | : | |
| **d/b/a DC WATER** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE PLEADING AND BRIEFING DEADLINES

Defendant District of Columbia Water and Sewer Authority, d/b/a DC Water ("Defendant") and Plaintiffs Jack Miller, Nicholas Lailas, Arian Hosseini, KJs Outdoor Adventures, LLC, and Prince William Marina, Inc. ("Plaintiffs") stipulate (collectively as the "Parties") and move as follows:

WHEREAS, pursuant to the Parties' joint stipulation (Dkt. No. 18) and this Court's Order (Dkt. No. 19), Defendant has until June 3, 2026 to either answer or move to dismiss Plaintiffs' First Amended Complaint (Dkt. No. 22);

WHEREAS, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint on May 6, 2026 (Dkt. No. 23);

WHEREAS, Defendant filed a Response in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint ("Opposition") on May 19, 2026 (Dkt. No. 24);

WHEREAS, Plaintiffs have until June 2, 2026 to file a Reply to Defendant's Opposition (L. Civ. R. 105.2(a));

WHEREAS, the Parties agree that it is in the interest of efficiency to establish a schedule for responsive pleadings while the Court considers Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt No. 23), Defendant's Response in Opposition (Dkt. No. 24) and any Reply thereto; and

WHEREAS, the Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) for the requested extensions;

**THEREFORE, IT IS STIPULATED AND AGREED** among the Parties, subject to the Court's approval, that:

1.      Defendant shall file either an answer to or motion to dismiss the operative Complaint on June 8, 2026 or within five (5) days after the Court enters an order on Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. No. 23), whichever is later.

2.      Plaintiffs shall then have twenty-eight (28) days to respond to Defendant's renewed Motion to Dismiss, if filed.

3.      Defendant shall then have fourteen (14) days to reply to Plaintiffs' response.


Dated: May 26, 2026                          Respectfully Submitted,

                                             /s/ Ross Phillips_____
                                             Ross Phillips (*pro hac vice*)
                                             F. Paul Calamita (Federal Bar # 25022)
                                             M. Rosewin Sweeney (Federal Bar # 03334)
                                             AquaLaw PLC
                                             6 South 5th Street
                                             Richmond, Virginia 23219
                                             (804) 716-9021
                                             ross@aqualaw.com
                                             paul@aqualaw.com
                                             rosewin@aqualaw.com

                                             *Counsel for the Defendant, District of*
                                             *Columbia Water and Sewer Authority*

/s/ Andrew Levetown (with permission)
Andrew Levetown (D. Md. Bar No. 30619)
1439 Woodhurst Blvd.
McLean, Virginia 22102
(703) 618-2264
Andrew@Levetownlaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com

*Counsel for Plaintiffs Jack Miller, et al.*

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation:

1. Defendant shall file either an answer to or motion to dismiss the operative Complaint by June 8, 2026 or within five (5) days after the Court enters an order on Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. No. 23), whichever is later.

2. Plaintiffs shall file any response to Defendant's renewed Motion to Dismiss, if filed, within 28 days of receiving service of the Motion to Dismiss.

3. Defendant shall file any reply to Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss within 14 days of receiving service of the Response in Opposition.

**IT IS SO ORDERED.**

_____
Hon. Deborah K. Chasanow
United States Senior District Judge